KATHERINE M. PIERSON, as Administratrix of the Estate of JOSEPH W. PIERSON, Deceased, Respondent, *v.* NEILE F. TOWNER et al., as Receivers of UNITED TRACTION COMPANY, Appellants, Impleaded with Another.

(Argued March 1, 1935; decided March 19, 1935.)

*J. Stanley Carter* and *Newton R. Cass* for appellants.
*John J. Scully* for respondent.

Judgment of the Appellate Division reversed on the ground that there is not sufficient evidence to sustain the reinstatement of the verdict; and the order of the Trial Term setting aside the verdict affirmed, with costs in all courts to abide the event. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Not sitting: LOUGHRAN, J.